United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| Mustafa Iqbal, | § | Civil Action Number |
| Petitioner, | § | 4:25-cv-05217 |
| | § | |
| versus | § | Judge Charles Eskridge |
| | § | |
| Paul McBride, *et al*, | § | |
| Respondents. | § | |

## Order

It was previously ordered that this matter would be set promptly for a hearing to show cause with respect to the pending petition for writ of *habeas corpus* after notice to and service upon Respondents. Dkt 9.

Petitioner Mustafa Iqbal has now filed returns of service as to Respondents Randall Tate, Paul McBride, and Pamela Bondi. Dkts 10, 11 & 12.

This matter is now SET for hearing on December 10, 2025, at 3:30 pm.

Respondents must file their response prior to hearing.

The parties may jointly request brief resetting, if necessary and agreed.

So ordered.

Signed on December 3, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge