United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MUSTAFA IQBAL, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:25-cv-05217 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PAUL MCBRIDE, *et al*, | § | |
| Respondents. | § | |

## ORDER

Prior order enjoined Respondents from continuing to hold Petitioner Mustafa Iqbal in custody and compelled them to return him immediately to the conditions of his preexisting order of supervision. Dkt 17 at 3. They were ordered to do so by 3:00 p.m. on December 12, 2025. Ibid.

The parties are ORDERED to provide a joint status report by December 23, 2025, including statement whether this matter may now be terminated on the docket.

SO ORDERED.

Signed on December 19, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge