UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUSTAFA IQBAL,<br>Petitioner, | § § § § | CIVIL ACTION NUMBER<br>4:25-cv-05217 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAUL MCBRIDE, *et al*,<br>Respondents. | § § | |

### ORDER OF DISMISSAL

The parties were ordered to provide a joint status report on whether Petitioner Mustafa Iqbal has been released from custody and to include statement whether this matter may be terminated on the docket. Dkt 18.

The Government has submitted a notice stating that Petitioner was released from custody on December 11, 2025, and that this matter may be terminated on the docket. Dkt 19.

This action is DISMISSED for reasons stated in the order dated December 11, 2025. See Dkt 17.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on December 31, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge